NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER B. SCOTT,                )
                                     )
        Appellant,                   )
                                     )
v.                                   )       Case No.  2D18-3817
                                     )
MTGLQ INVESTORS, L.P.,               )
                                     )
        Appellee.                    )
_____ )

Opinion filed October 23, 2019.

Appeal from the Circuit Court for
Hillsborough County, Emmett Lamar
Battles, Judge.

W. Bart Meacham, Tampa, for Appellant.

Nicole R. Ramirez, eXL LEGAL, PLLC,
St. Petersburg, for Appellee.

PER CURIAM.

        Affirmed.


VILLANTI and LUCAS, JJ, and CASE, JAMES R., ASSOCIATE SENIOR JUDGE,
Concur.